

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00324-CV

---

In the Matter of the Estate of Melvin L. McEady, Deceased

On Appeal from the Probate Court No 2
El Paso County, Texas
Trial Court No. 2021-CPR01225

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On December 3, 2025, the Clerk of this Court sent Appellants a letter notifying them that the required filing fee was due. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellants that the appeal could be dismissed on or after December 14, 2025, if Appellants failed to pay the fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal

where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellants have not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

December 18, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.